860

No. 74-6698. TOTHEROW *v.* TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.

No. 74-6700. McCULLOM *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 74-6702. WHITE *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 74-6703. BUTLER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 74-6704. Moss *v.* MASSACHUSETTS. Ct. App. Mass. Certiorari denied.

No. 74-6705. PERES-GRISALEZ *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 74-6706. BURROWS ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 74-6707. BOWERSKI, AKA BONAFONTI *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 74-6708. LERMA *v.* ESTELLE, CORRECTIONS DIRECTOR C. A. 5th Cir. Certiorari denied.

No. 74-6710. COLE, AKA PRIDE *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 74-6711. KOPAS ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied.

No. 74-6712. BRASCO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.